RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Christopher Biggers

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER BIGGERS,<br><br>　　　　　Defendant. | Case No. 2:21-mj-00774-EJY<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Bianca R Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Christopher Biggers, that the Preliminary Hearing currently scheduled on October 4, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Parties have entered into pre-indictment negotiations and need additional time to resolve this matter.

2. The government is in the process of preparing and producing discovery. Counsel for the defendant will require additional time to review and investigate discovery and meet with the client to discuss the details prior to proceeding.

2. Defendant is incarcerated and does not object to a continuance

3. Parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

This is the first request for continuance filed herein.

DATED this 28th day of September 2021.


RENE L. VALLADARES
Federal Public Defender

By /s/ Benjamin F. J. Nemec
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender

CHRISTOPHER CHIOU
Acting United States Attorney

By /s/ Bianca R Pucci
BIANCA R PUCCI
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER BIGGERS,<br><br>    Defendant. | Case No. 2:21-mj-00774-EJY<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on October 4, 2021 at the hour of 4:00 p.m., be vacated and continued to November 4, 2021 at the hour of 4:00 p.m., in Courtroom 3B.

DATED this 29th day of September 2021.

*[signature]*
UNITED STATES MAGISTRATE JUDGE