RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
Nevada State Bar No. 14591
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Christopher Biggers

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00081-RFB-VCF-1 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| CHRISTOPHER BIGGERS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Christopher Biggers, that the Sentencing Hearing currently scheduled on September 22, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Mr. Biggers's mother has recently died. Defense would like an opportunity to supplement additional contact information to probation since probation was unable to talk to Mr. Biggers's mother.

2. Defendant is incarcerated and does not object to a continuance

3. Parties agree to the continuance.

This is the first request for continuance filed herein.

DATED this 6th day of September 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Benjamin F. J. Nemec<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | By /s/ Bianca R. Pucci<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>CHRISTOPHER BIGGERS,<br><br>            Defendant. | Case No. 2:22-cr-00081-RFB-VCF-1<br><br>**ORDER** |

   Based on the Stipulation of counsel and good cause appearing,

   IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on September 22, 2022 at the hour of 9:00 a.m., be vacated and continued to  November 21, 2022  at the hour of  9 : 00  a .m.

   DATED this 7th  day of September 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3