SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar Number 5634

CYBILL L. DOTSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Cybill.Dotson@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER BIGGERS,<br><br>Defendant, | Case No. 2:22-cr-00081-RFB-VCF<br><br>**MOTION TO AUTHORIZE PAYMENT FROM FEDERAL BUREAU OF INVESTIGATION** |

The United States of America, by and through its attorney, SUE FAHAMI, United States Attorney for the District of Nevada, Cybill L. Dotson, Assistant United States Attorney, pursuant to 18 U.S.C. §§ 3613(a), requests this Court to enter an Order authorizing the Federal Bureau of Investigation to turn over to the Clerk of Court funds held as evidence in the amount of $2,009.00 for the above named defendant as payment towards the criminal monetary penalties imposed in this case. In support of this motion, the government states the following:

1.      On April 6, 2023, defendant Christopher Biggers was sentenced to a total of 120 months imprisonment and 2 years of supervised release. ECF No. 39 (Judgment). The Court also ordered Cox to pay a $300 mandatory special assessment and $8,149.00 in restitution. *Id* at 6. The criminal monetary penalties in the total amount of $8,449.00 were ordered to be paid "immediately." *Id*. at 7.

2. Defendant's payments toward his criminal monetary penalties to date total $0.00. The total outstanding balance due on the judgment is $8,449.00.

3. The United States Attorney's Office for this district recently was informed that funds seized as evidence are maintained by the Federal Bureau of Investigation in its valuable evidence locker. By this motion, the United States seeks entry of an order authorizing the FBI to turn over $2,009.00 to the Clerk of Court as payment towards the defendant's outstanding criminal monetary penalties.

4. Title 18 United States Code Section 3613 sets forth the procedures for the United States to enforce criminal monetary penalties, including restitution and criminal fines. *See* 18 U.S.C. §§ 3613(a), 3613(f) (government enforces restitution in the same manner as a fine). In particular, the statute provides that a sentence imposing restitution constitutes a lien in favor of the government against all of the defendant's property and rights to property. 18 U.S.C. § 3613(c). Further, the government's lien and defendant's obligation to pay restitution last for twenty years (20) from the date of release from incarceration. *See* 18 U.S.C. § 3613(b).

5. The government also submits that an order authorizing the turnover of the defendant's property is appropriate here and the United States is not required to rely upon other formal collection remedies such as garnishment of or execution upon property to obtain these funds. The funds at issue currently are in the United States' possession and the United States has a valid lien over this property.

6. Furthermore, because the property is cash, it does not fall within any applicable categories of the exempt property that a defendant may claim in a criminal case. *See* 18 U.S.C. § 3613(a)(1) (setting forth the applicable IRS property exemptions for criminal cases). For criminal debts such as a fine or restitution, federal law provides that the only categories of exempt property are: (1) wearing apparel and school books; (2) fuel, provisions, furniture, and personal effects; (3) books and tools of a trade, business, or profession; (4) unemployment benefits; (5) undelivered mail; (6) annuity or pension payments under certain, specified federal statutes; (7) workmen's compensation; (8) judgments for support

of minor children; (9) certain service-connected disability payments; and (10) assistance under the Job Training Partnership Act. 18 U.S.C. § 3613(a)(1) (incorporating § 6334(a) of the Internal Revenue Code, Title 26).

7. The United States is not aware of any other party who may claim an interest in this property.

8. Accordingly, the United States requests that the Court grant the motion and order that the FBI turn over the funds to the Clerk of Court to be applied towards the defendant's outstanding restitution obligation.

WHEREFORE, for the reasons stated above, the United States requests that this Court grant its motion.

Respectfully submitted this 28th day of March, 2025.

SUE FAHAMI
Acting United States Attorney

_____
CYBILL L. DOTSON
Assistant United States Attorney

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
Dated this 22nd day of August, 2025

Further, the Court requests the Clerk mail a copy of this order to the Defendant at:

Counselor Christopher Gonzalez
FCI Victorville
P.O. Box 5400
Adelanto, CA 92301

# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, I served all of the parties in this case the United States' **MOTION TO AUTHORIZE PAYMENT FROM FEDERAL BUREAU OF INVESTIGATION** by CM/ECF and by first class mail, postage prepaid, as follows:

Defendant:
Christopher Biggers
Inmate# 36623-048
USP Victorville
P.O. Box 3900
Adelanto, CA 92301

Interested Party:
Federal Bureau of Investigation
Las Vegas Division
Attn: Iris Ducosin
1787 West Lake Mead Boulevard
Las Vegas, NV 89106

/s/ Michael P. Garth

MICHAEL P. GARTH
Paralegal Specialist